IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL B. VOLK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 12-440C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING THE ADMINISTRATIVE RECORD

Defendant, the United States, pursuant to rule 52.1(a) of the Rules of the United States Court of Federal Claims (RCFC) provides this notice that the administrative record is filed with this notice as an appendix.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Jeffrey A. Regner
JEFFREY A. REGNER
Trial Attorney
Commercial Litigation Branch
Civil Division
PO Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-3226
Fax: (202) 514-8624

October 1, 2012

Attorneys for Defendant